KARL KRIGSMAN, PLAINTIFF-RESPONDENT, v. BEACH
CONCRETE COMPANY, INC., DEFENDANT-PETITIONER.

*Mr. Raymond L. Cunneen,* for the petitioner.

*Mr. Leslie S. Kohn,* for the respondent.

September 20, 1966. Granted.

KARL KRIGSMAN, PLAINTIFF - CROSS - PETITIONER, v.
BEACH CONCRETE COMPANY, INC., DEFENDANT-
CROSS-RESPONDENT.

*Mr. Leslie S. Kohn,* for the cross-petitioner.

*Mr. Raymond L. Cunneen,* for the cross-respondent.

September 20, 1966. Granted.

HANNIE L. JONES, ADMINISTRATRIX, *ETC.,* PLAINTIFF-
PETITIONER, v. JUNE STRELECKI, DEFENDANT-RE-
SPONDENT.

*Messrs. Falciani, Cotton & Chell,* for the petitioner.

*Messrs. White & Simpson,* for the respondent.

September 20, 1966. Granted.